# Green & Willstatter
Attorneys at Law
200 Mamaroneck Avenue
Suite 605
White Plains, New York 10601

Theodore S. Green
Richard D. Willstatter

(914) 948-5656
Fax (914) 948-8730

e-mail: willstatter@msn.com

November 25, 2019

Hon. Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Medhi Moslem
19 Cr. 547 (CS)

Dear Judge Seibel:

This is an application to adjourn the status conference currently scheduled for December 2, 2019 to December 13, 2019. Mr. Walter Clark has indicated that the Court will have time for us at 4:45 pm that afternoon.

Mr. Ostrer joins in this application on behalf of Saaed Moslem, his client. The government consents to the proposed adjournment.

The defendants have no objection to the continued extension of time from the speedy trial clock because of the need for time to continue its review of the voluminous discovery in this case and for the parties to continue negotiations. We understand the government is moving to exclude this time from December 2 to December 13, 2019.

Very truly yours,

/s/ *Richard Willstatter*
Richard D. Willstatter

cc: Daniel Loss
Assistant United States Attorney

The 12/2/19 status conference is adjourned to 12/13/19 at 4:45 pm. The time between now and then is hereby excluded under the Speedy Trial Act in the interests of justice. I find the ends of justice served by the exclusion outweigh the best interests of the public and the Defendants in a speedy trial because it will enable the continue their review of voluminous discovery and will enable the parties to engage in discussions regarding a disposition without trial.

SO ORDERED.

*Cathy Seibel*   11/25/19
CATHY SEIBEL, U.S.D.J.