# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN  
RICHARD D. WILLSTATTER

(914) 948-5656  
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

*Defendants may travel as requested, provided that they provide all particular to Pretrial Services and Pretrial Services approves them.*

SO ORDERED.

/s/ Cathy Seibel  
CATHY SEIBEL, U.S.D.J.

December 21, 2020

12/21/20

Hon. Cathy Seibel  
United States District Court  
300 Quarropas Street  
White Plains, New York 10601

Re: United States v. Medhi and Saaed Moslem  
19 Cr. 547 (CS)

Dear Judge Seibel:

This is joint application of the defendants for permission for them to travel to Tucson, Arizona from December 29, 2020 until January 4, 2021 to visit family and friends.

I understand that U.S. Pretrial Services has no objection. The government takes no position.

Very truly yours,

/s/ *Richard Willstatter*  
Richard D. Willstatter

cc: Daniel Loss/ James McMahon  
Assistant United States Attorneys  
Benjamin Ostrer, Esq.  
(By ECF)

Officer Vincent Adams, Pretrial Services  
(By email)