

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 25, 2021

The Honorable Cathy Seibel
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:   *United States v. Mehdi Moslem, et al.*, S1 19 Cr. 547 (CS)

Dear Judge Seibel:

   The Government respectfully writes regarding the schedule in the above-titled case, which is scheduled for trial on May 17, 2021. In setting the trial schedule during a conference on November 24, 2020, the Court excluded time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until May 17, 2021. (*See* Nov. 24, 2020 Minute Entry.) Following pretrial proceedings on February 17, 2021, the Court entered an order excluding time through March 17, 2021. (*See* Feb. 17, 2021 Minute Entry.)

   In light of the two exclusion orders, and out of an abundance of caution, the Government respectfully seeks to clarify whether the Court's original exclusion of time through May 17, 2021 is still in effect.

   In the alternative, the Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from March 17, 2021 through and including May 17, 2021. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendants in a speedy trial because it would allow the parties to prepare and submit motions *in limine* and other pretrial motions, prepare and produce trial exhibits, and prepare for trial in accordance with the schedule previously entered by the Court.

The Honorable Cathy Seibel  Page 2
United States District Judge

                    Respectfully submitted,

                    AUDREY STRAUSS
                    United States Attorney

by: _____
    Daniel Loss
    Nicholas S. Bradley
    James McMahon
    Assistant United States Attorneys
    (212) 637-6527 / (914) 993-1936 / -1962

cc:    Counsel of Record (by CM/ECF)

I did not, on Feb. 17, mean that that Speedy Trial clock should start running on March 17. I just excluded through that day because that was the rescheduled date for the then-expected pleas. For avoidance of doubt, the time between Nov. 24, 2020 and May 17, 2021 (which obviously includes the period March 17 to May 17) has been excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by that exclusion outweigh the best interests of the public and the defendant in a speedy trial because the time is and was necessary for review of discovery, discussions regarding a possible disposition without trial, preparation of pretrial submissions and preparation for trial. With respect to the exclusion of time between March 17, 2021 and May 17, 2021 specifically, the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because the time is necessary for preparation of pretrial submissions and preparation for trial.

SO ORDERED.

_____  3/26/21
CATHY SEIBEL, U.S.D.J.