

**Matin Emouna**
*Admitted in NY, NJ & CT*
memouna@emiklaw.com

## LETTER MOTION TO WITHDRAW AS COUNSEL

September 23, 2021

chambersnysdseibel@nysd.uscourts.gov
Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re: *United States v. Mehdi Moslem et al.*,
         19 Cr. 547 (CS)

Dear Judge Seibel:

  As the Court is aware, I represented Mehdi Moslem at a trial in this matter and during several post-conviction bail hearings.

  Pursuant to Southern District of New York Local Rule 1.4, I respectfully submit this letter motion to formally withdraw as counsel of record for defendant, Mehdi Moslem, in the above-captioned matter.

  Based on a letter forwarded to me by the Parlatore Law Group, LLP today, from Mehdi Moslem, dated September 23, 2021, I have been informed for the first time by Mehdi Moslem that he no longer wishes me to represent him, and that he has retained the Parlatore Law Group, LLP. Accordingly, I respectfully request that the Court grant my motion to withdraw as counsel of record for Mehdi Moslem, and waive my appearance for Monday, September 27, 2021.

  I greatly appreciate Your Honor's time and consideration in this matter, and should the Court need any further information I am available at the Court's convenience.

                Respectfully Submitted,

                */s/ Matin Emouna*

                MATIN EMOUNA

cc: alisonmuradian@gmail.com
   Daniel.Loss@usdoj.gov
   James.McMahon@usdoj.gov
   Nicholas.Bradley2@usdoj.gov
   Walter_Clark@nysd.uscourts.gov